ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383; FAX: 702.893.3789

DAVID M. KRUEGER (Pro Hac Vice Forthcoming)
Ohio Bar No.: 0085072
Email: dkrueger@beneschlaw.com
NORA K. COOK (Pro Hac Vice Forthcoming)
Ohio Bar No.: 0086399
Email: ncook@beneschlaw.com
**BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216.363.4500; FAX 216.363.4588

Attorneys for Defendant USAA Federal Savings Bank, incorrectly identified as USAA Savings Bank

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JANET HILL,<br><br>                Plaintiff,<br><br>   v.<br><br>USAA SAVINGS BANK,<br><br>                Defendant. | Case No. 2:19-cv-01312-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING** |

The parties, by and through their undersigned counsel of record, agree that the time for Defendant USAA Federal Savings Bank ("USAA FSB"), incorrectly identified as USAA Savings Bank, to file its response to Plaintiff's Complaint be extended until September 6, 2019.

/ / /

### Reasons for Extension

USAA FSB requires a brief extension to complete their review of the averments contained in the Complaint and prepare its response. This brief extension will not prejudice any party or cause undue delay. This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant USAA FSB's response to Plaintiff's Complaint.

Dated this 22nd day of August, 2019.　　　　　　　Dated this 22nd day of August, 2019.

/s/ Priscilla L. O'Briant　　　　　　　　　　　　　/s/ James Sellers

| | |
|---|---|
| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 3062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 10171<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br><br>David M. Krueger (Pro Hac Vice forthcoming)<br>Ohio Bar No. 0085072<br>Nora K. Cook (Pro Hac Vice forthcoming)<br>Ohio Bar NO. 0086399<br>BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br>Attorney for Defendant | MATHEW HIGBEE<br>Nevada Bar No. 11158<br>HIGBEE & ASSOCIATES<br>8871 W. Flamingo Road<br>Suite 202<br>Las Vegas NV 89147<br><br>JAMES SELLERS<br>(Pro Hac Vice)<br>Oregon Bar No. 184404<br>LAW OFFICES OF JEFFREY LOHMAN, P.C.<br>4740 Green River Rd., Suite 310<br>Corona, CA 92880<br>Attorneys for Plaintiff |

### ORDER

IT IS SO ORDERED.

Dated this 23rd day of August, 2019.

_____
U.S. MAGISTRATE JUDGE