1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ
3  Nevada Bar No. 10171
   Email: Priscilla.Obriant@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383; FAX: 702.893.3789
6
   DAVID M. KRUEGER (Pro Hac Vice Forthcoming)
7  Ohio Bar No.: 0085072
   Email: dkrueger@beneschlaw.com
8  NORA K. COOK (Pro Hac Vice Forthcoming)
   Ohio Bar No.: 0086399
9  Email: ncook@beneschlaw.com
10 **BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP**
   200 Public Square, Suite 2300
11 Cleveland, Ohio 44114
   216.363.4500; FAX 216.363.4588
12
13 Attorneys for Defendant USAA Federal
   Savings Bank, incorrectly identified as
14 USAA Savings Bank

15            **UNITED STATES DISTRICT COURT**

16        **DISTRICT OF NEVADA, SOUTHERN DIVISION**

17

18 JANET HILL,                    | Case No.  2:19-cv-01312-RFB-VCF

19                    Plaintiff,  | **STIPULATION AND ORDER TO**
                                  | **EXTEND TIME FOR RESPONSIVE**
20      v.                        | **PLEADING**

21 USAA SAVINGS BANK,             | **(Second Request)**

22                    Defendant.

23

24        The parties, by and through their undersigned counsel of record, hereby stipulate and agree

25 that the time for Defendant USAA Federal Savings Bank ("USAA FSB"), incorrectly identified as

26 USAA Savings Bank, to file its response to Plaintiff's Complaint be extended by an additional

27 three (3) days, until September 9, 2019.

28

**Reasons for Extension**

USAA FSB requires additional time to complete their review of the averments contained in the Complaint and prepare its response. The current deadline for filing a responsive pleading is September 6, 2019, following a previous Stipulation and Order to Extend Time for Responsive Pleading. ECF 5. This is the second request for an extension and is requested in order to provide adequate time for defendant to respond. Good cause exists for this extension as defense counsel is not able to meet the current filing deadline despite diligent efforts and requires additional time to prepare defendant's response. This brief extension will not prejudice any party or cause undue delay. This stipulation is made in good faith and not for the purpose of delay.

Dated this 6th day of September, 2019.          Dated this 6th day of September, 2019.


*/s/ Robert W. Freeman*                          */s/ James R. Sellers*

| | |
|---|---|
| ROBERT W. FREEMAN, ESQ. | MATHEW HIGBEE |
| Nevada Bar No. 3062 | Nevada Bar No. 11158 |
| PRISCILLA L. O'BRIANT, ESQ. | HIGBEE & ASSOCIATES |
| Nevada Bar No. 10171 | 8871 W. Flamingo Road |
| LEWIS BRISBOIS BISGAARD & SMITH | Suite 202 |
| 6385 S. Rainbow Blvd., Suite 600 | Las Vegas NV 89147 |
| Las Vegas, Nevada 89118 | |
| | JAMES SELLERS |
| David M. Krueger (Pro Hac Vice | (Pro Hac Vice) |
| forthcoming) | Oregon Bar No. 184404 |
| Ohio Bar No. 0085072 | LAW OFFICES OF JEFFREY LOHMAN, P.C. |
| Nora K. Cook (Pro Hac Vice forthcoming) | 4740 Green River Rd., Suite 310 |
| Ohio Bar NO. 0086399 | Corona, CA 92880 |
| BENESCH, FRIEDLANDER COPLAN & | Attorneys for Plaintiff |
| ARONOFF LLP | |
| 200 Public Square, Suite 2300 | |
| Cleveland, Ohio 44114 | |
| Attorney for Defendant | |

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of September, 2019.


_____
U.S. MAGISTRATE JUDGE