Robert W. Freeman
Priscilla L. O'Briant
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702-893-3383
Fax 702-893-3789

David Matthew Krueger (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: dkrueger@beneschlaw.com

*Attorneys for Defendant USAA Savings Bank and USAA Federal Savings Bank, incorrectly identified as USAA Savings Bank*

Matthew K. Higbee, Esq.
**HIGBEE & ASSOCIATES**
2445 Fire Mesa Street, Suite 150
Las Vegas, NV 89128

James Sellers
**LAW OFFICES OF JEFFREY LOHMAN, P.C.**
4740 Green River Rd., Suite 310
Corona, CA 92880

*Attorneys for Plaintiff Janet Hill*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| JANET HILL,<br><br>　　　　　Plaintiff,<br>　v.<br><br>USAA SAVINGS BANK,<br><br>　　　　　Defendant. | Case Number: 2:19-cv-01312-RFB-VCF<br><br>**STIPULATION TO: (1) WITHDRAW MOTION REQUESTING ENTRY OF DEFAULT; (2) WITHDRAW MOTION TO DISMISS AND; (3) TO EXTEND TIME TO ANSWER** |

1

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to withdraw the pending Motion Requesting Entry of Default filed by Plaintiff ("Motion for Default") (Dkt. 14) and Motion to Dismiss or in the Alternative to Transfer Venue filed by Defendant ("Motion to Dismiss") (Dkt. 9). Also, the parties stipulate and agree that USAA Savings Bank ("USAA SB") will file its response to Plaintiff's Complaint on or before October 10, 2019.

The parties met and conferred regarding the pending Motion for Default and Motion to Dismiss and both parties agreed to withdraw their respective pending motions. As a result, USAA SB requires time to prepare its response to Plaintiff's Complaint. This will not prejudice any party or cause undue delay. This stipulation is made in good faith and not for the purpose of delay.

Dated this 27th day of September 2019.

/s/ *Priscilla L. O'Briant*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

David M. Krueger (Pro Hac Vice forthcoming)
Ohio Bar No. 0085072
Nora K. Cook (Pro Hac Vice forthcoming)
Ohio Bar NO. 0086399
BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114

*Attorney for Defendant*

**By:** /s/ *James A. Sellers*
JAMES SELLERS
(Pro Hac Vice)
Oregon Bar No. 184404
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880

MATHEW HIGBEE
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
8871 W. Flamingo Road
Suite 202
Las Vegas NV 89147

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of October, 2019.

2

**ORDER**

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2019.

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 27th day of September, 2019, I served a true and correct copy of the foregoing **STIPULATION TO WITHDRAW MOTION REQUESTING ENTRY OF DEFAULT AND MOTION TO DISMISS AND TO EXTEND TIME TO ANSWER** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and pursuant to Rule 9 of the N.E.F.C.R.

☐ via hand-delivery to the addresses listed below;

☐ via facsimile;

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. PST.

Matthew K. Higbee, Esq.
HIGBEE & ASSOCIATES
2445 Fire Mesa Street, Suite 150
Las Vegas, NV 89128

James Sellers
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880

*Attorneys for Plaintiff*

**By: /s/** *Priscilla L. O'Briant*
*One of the Attorneys for Defendant*