Matthew K. Higbee, Esq.
**HIGBEE & ASSOCIATES**
2445 Fire Mesa Street, Suite 150
Las Vegas, NV 89128

James Sellers
**LAW OFFICES OF JEFFREY LOHMAN, P.C.**
4740 Green River Rd., Suite 310
Corona, CA 92880

*Attorneys for Plaintiff Janet Hill*

Robert W. Freeman
Priscilla L. O'Briant
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702-893-3383
Fax 702-893-3789

David Matthew Krueger (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: dkrueger@beneschlaw.com

*Attorneys for Defendant USAA Savings Bank and*
*USAA Federal Savings Bank, incorrectly identified*
*as USAA Savings Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| JANET HILL, | Case Number: 2:19-cv-01312-RFB-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| USAA SAVINGS BANK, | |
| Defendant. | |

1

Pursaunt to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal of this action without prejudice and with each party to bear its own fees and costs of court.

Dated this 9th day of Ocotber, 2019.

| | |
|---|---|
| */s/ David M. Krueger*<br>David M. Krueger (*Pro Hac Vice*)<br>Ohio Bar No. 0085072<br>Nora K. Cook (*Pro Hac Vice*)<br>Ohio Bar NO. 0086399<br>BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br><br>ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 3062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 10171<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorney for Defendant* | **By:** */s/ James Sellers*<br>JAMES SELLERS<br>(Pro Hac Vice)<br>Oregon Bar No. 184404<br>LAW OFFICES OF JEFFREY LOHMAN, P.C.<br>4740 Green River Rd., Suite 310<br>Corona, CA 92880<br><br>MATHEW HIGBEE<br>Nevada Bar No. 11158<br>HIGBEE & ASSOCIATES<br>8871 W. Flamingo Road<br>Suite 202<br>Las Vegas NV 89147<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of October, 2019.